THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THEODORE W. MYERS, as Comptroller, etc., Appellant.

(Argued March 5, 1891; decided March 20, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made February 4, 1891, which affirmed a judgment entered upon the report of a referee directing a peremptory writ of mandamus to issue and requiring defendant, as comptroller of the city of New York, to draw his warrant on the chamberlain of said city for an amount remaining unpaid of state taxes.

*J. W. M. Newlin* and *George S. Coleman* for appellant.

*William A. Poste* for respondent.

Agree to affirm on opinion of General Term.

All concur (GRAY, J., in result), except O'BRIEN, J., not sitting.

Judgment affirmed. _____

WILLIAM H. RUTTY, Respondent, *v.* CONSOLIDATED FRUIT JAR COMPANY, Appellant.

(Argued March 6, 1891; decided March 20, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 2, 1891, which affirmed a judgment in favor of plaintiff, entered upon a verdict directed by the court and affirmed an order denying a motion for a new trial.

*L. A. Fuller* for appellant.

*John E. Eustis* for respondent.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.